# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER WITHERSPOON,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>NATIONAL ASSOCIATION OF MUSIC MERCHANTS, et al.,<br><br>　　　　　　　　　　Defendant. | CASE NO. 09cv2178-LAB (POR)<br><br>**ORDER DENYING MOTION FOR CONSOLIDATION** |

On March 19, 2010, Plaintiff filed a motion to consolidate this case with the member cases cases in docket number 09md2121, *In re: Musical Instruments and Equipment Antitrust Litigation*. The consolidation of member and related cases will be addressed at an upcoming status conference which will be scheduled in an order issued shortly. Accordingly, the motion is **DENIED WITHOUT PREJUDICE**. The hearing on this motion, set for Monday, May 10, 2010 is **VACATED**.

**IT IS SO ORDERED**.

DATED: May 3, 2010

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge